[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 18, 2005
THOMAS K. KAHN
CLERK

No. 04-15988
Non-Argument Calendar

D.C. Docket No. 03-00108-CR-WDO-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY O'NEIL FAULK,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Georgia

**(August 18, 2005)**

Before: CARNES, MARCUS and COX, Circuit Judges.

BY THE COURT:

Brian T. Randall, appointed counsel for Larry O'Neil Faulk in this direct

criminal appeal, has moved to withdraw and filed a brief pursuant to Anders v.

California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Faulk's conviction and sentence are **AFFIRMED**.